BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant MARRICK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                                )<br>                    Plaintiff,              )<br>                                                                )<br>v.                                                              )<br>                                                                )<br>MICHAEL J. MARRICK,                       )<br>                                                                )<br>                    Defendant.           )<br>_____) | No. CR 07-70106 HRL<br><br>**STIPULATION TO CONTINUE REMOVAL HEARING; [PROPOSED] ORDER** |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the removal hearing in the above-captioned matter, presently scheduled for Thursday, April 26, 2007, at 11:00 a.m., be continued to Thursday, May 17, 2007, at 11:00 a.m.  The continuance is requested because the parties have agreed that this matter should be transferred to this district pursuant to Rule 20 of the Federal Rules of Criminal Procedure and additional time is needed to complete the necessary paperwork.  In addition, Mr. Marrick's wife is due to have their child at anytime.

The parties further agree and stipulate that time should be excluded from and including April 26, 2007 through and including May 17, 2007, in order to facilitate a transfer, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the

1  defendant agree that granting the requested exclusion of time will serve the interest of justice and
2  outweigh the interest of the public and defendant in a speedy trial.

4  Dated: 04/23/07                    _____/s/_____
                                        NICHOLAS P. HUMY
5                                       Assistant Federal Public Defender

6  Dated: 4/24/07                     _____/s/_____
                                        TOM O'CONNELL
7                                       Assistant United States Attorney

## ORDER

10  The parties have jointly requested a continuance of the removal hearing set for April 26,
11  2007, in order to complete the necessary paperwork to have the case transferred to the Northern
12  District of California.  In addition, the continuance is requested because Mr. Marrick's wife is
13  due to have their child anytime.
14  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
15  presently set for April 26, 2007 be continued to May 17, 2007 at 11:00 a.m. as well as the period
16  of delay from April 26, 2007, to and including May 17, 2007, be excluded for purposes of
17  Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A)
18  and 3161(h)(8)(B)(iv).

21  Dated:                              _____
                                        PATRICIA V. TRUMBULL
                                        United States District Judge