DOCUMENTS UNDER SEAL ☐

DOCUMENT NUMBER:

| **MAGISTRATE JUDGE** **MINUTE ORDER** | DEPUTY CLERK Corinne Lew | | REPORTER/FTR FTR: 9:29 - 9:34 | |
|---|---|---|---|---|
| MAGISTRATE JUDGE Patricia V. Trumbull | DATE 6/7/07 | | NEW CASE ☐ | CASE NUMBER CR 07-70106 HRL |

## APPEARANCES

| DEFENDANT Michael J. Marrick | AGE | CUST N | P/NP P | ATTORNEY FOR DEFENDANT Nick Humy | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|

| U.S. ATTORNEY T. O'Connell | INTERPRETER | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
|---|---|---|---|

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Jaime Carranza | DEF ELIGIBLE FOR ☐ APPT'D COUNSEL | PARTIAL PAYMENT ☐ OF CJA FEES |
|---|---|---|---|

### PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD TYPE NH IN TIME FIELD)

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS 5 min. |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND SIGNING | ☐ IA REV PROB. or S/R | ☐ BAIL REVIEW |
| ☐ DETENTION HRG | ☐ ID/REMOVALHRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ SUP REL HRG |

### INITIAL APPEARANCE

☐ ADVISED OF RIGHTS  ☐ ADVISED OF CHARGES  ☐ NAME AS CHARGED IS TRUE NAME  ☐ TRUE NAME:

### ARRAIGNMENT

☐ ARRAIGNED ON INFORMATION  ☐ ARRAIGNED ON INDICTMENT  ☐ READING WAIVED SUBSTANCE  ☐ WAIVER OF INDICTMENT FILED

### RELEASE

☐ RELEASED ON O/R  ☐ ISSUED APPEARANCE BOND  AMT OF SECURITY $  SPECIAL NOTES  ☐ PASSPORT SURRENDERED DATE:

PROPERTY TO BE POSTED  ☐ CASH $  CORPORATE SECURITY ☐  REAL PROPERTY: ☐

☐ MOTION FOR DETENTION  ☐ PRETRIAL SERVICES REPORT  ☐ DETAINED  ☐ RELEASED  ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED  ☐ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

### PLEA

☐ CONSENT ENTERED  ☐ NOT GUILTY  ☐ GUILTY  GUILTY TO COUNTS: ☐
☐ PRESENTENCE REPORT ORDERED  ☐ CHANGE OF PLEA  ☐ PLEA AGREEMENT FILED  OTHER:

### CONTINUANCE

| TO: 7/12/07 | ☐ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☒ STATUS/TRIALSET |
|---|---|---|---|---|
| AT: 1:30 p.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON. Patricia V. Trumbull | ☐ DETENTION HEARING | ARRAIGN-MENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/ REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |

### ADDITIONAL PROCEEDINGS