E-FILING

SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Chief, Criminal Division

Filed

JUL 1 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

THOMAS O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5053
    Facsimile: (408) 535-5066
    Thomas.M.OConnell@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CR. 07 00441 HRL

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. |
| vs. | ) VIOLATION: Title 8, United States Code, |
| | ) Section 1325 – Improper Entry into the |
| | ) United States |
| MICHAEL MARRICK, | ) |
| Defendant. | ) SAN JOSE VENUE |
| | ) |

I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE:          (Title 8, United States Code, Section 1325 – Improper Entry into the
                    United States – First Offense)

On or about September 8, 2002, the defendant

MICHAEL MARRICK,

1

1   an alien, eluded examination or inspection by immigration officers, in violation of Title 8, United

2   States Code, Section 1325.

3   DATED: July 12, 2007                        SCOTT N. SCHOOLS
                                                United States Attorney
4

5

6                                               MATTHEW A. PARRELLA
                                                Chief, San Jose Branch
7

8

9   (Approved as to form: _____)
                            AUSA T. O'CONNELL
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

─── **OFFENSE CHARGED** ───

8 U.S.C. § 13259(a)(2) - Improper Entry into the United States (Class B misdemeanor)

☐ Petty
☐ Minor
☒ Misde-meanor
☐ Felony

PENALTY:
6 months imprisonment
$5,000 fine
n/a years supervised release
$10 special assessment

CR 07 00441 E-FILING HRL

─── **DEFENDANT - U.S.** ───

MICHAEL MARRICK

DISTRICT COURT NUMBER

─── **PROCEEDING** ───

**Name of Complaintant Agency, or Person (&Title, if any)**
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y   ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**
SCOTT N. SCHOOLS
☒ U.S. Att'y   ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
THOMAS M. O'CONNELL

─── **DEFENDANT** ───

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
☐ Fed'l   ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

DATE OF ARREST
Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY
Month/Day/Year

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments: