07/23/2007 11:00 am

## Case Debt Type Payment Report
### U.S. Courts

San Jose

Case No. DCAN507CR000441    US V. MICHAEL J MARRICK

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | MICHAEL J MARRICK | 504100 | SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 54611001333 | 1 | PR | 10.00 | 07/12/2007 |

Division Payment Total    10.00

Grand Total    10.00

FILED
JUL 25 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

$10.00 SPECIAL ASSESSMENT ON 7/12/07 PAID IN FULL

Version 0.2

Page 1 of 1