## RULE 20 TRANSFER NOTICE

| To: Northern District of California Attn: AUSA Thomas M. O'Connell | District Northern District of California | Date _____, 2007 |
|---|---|---|
| Name of Subject Michael Marrick | Statute violated 8 U.S.C. 1325(a)(2) (misdemeanor) | file date |

### PART A - DISTRICT OF ARREST/RESIDENCE

___ The above named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 Disposition of the charges pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

___ Enclosed is an original and one copy of a *Consent To transfer* form executed by the defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the court in this district in accordance with Rule 20.

___ [Other] The defendant is present and resides in the Northern District of California. He has signed a *Consent To Transfer Of Case For Plea and Sentence*, stating his decision to plead guilty to an offense and be sentenced in the Northern District of California. The defendant also has signed a *Plea Agreement* pursuant to which he will enter a guilty plea in the Northern District of California. Enclosed is one copy of the signed *Consent To Transfer* and one copy of the signed *Plea Agreement*. Kindly provide your consent indicating your approval of the transfer of this case to the Northern District of California.

**X** I am agreeable to a Rule 20 disposition.

___ I am not agreeable to a Rule 20 disposition.

| Signature (name & title) [signed] AUSA Assistant U.S. Attorney | District CAN | Date 7/26/07 |
|---|---|---|

| From:<br>TERRANCE P. FLYNN<br>UNITED STATES ATTORNEY<br>WESTERN DISTRICT OF NEW YORK<br><br>BY: s/Trini E. Ross<br>   Trini E. Ross<br>   Assistant U.S. Attorney | Address:<br><br>United States Attorney's Office<br>138 Delaware Avenue<br>Buffalo, New York 14202 |
|---|---|

PART B - DISTRICT OF OFFENSE

__X__  I am agreeable to a Rule 20 disposition.

_____  I am not agreeable to a Rule 20 disposition.

| Signature (name and title)<br><br>TERRANCE P. FLYNN<br>UNITED STATES ATTORNEY<br>WESTERN DISTRICT OF NEW YORK<br><br><br>BY: s/Trini E. Ross<br>   Trini E. Ross<br>   Assistant U.S. Attorney | District and date<br><br>Western District of New York<br><br>May 22, 2007 |
|---|---|

2